684 A.2d 552

COMMONWEALTH of Pennsylvania, Respondent,

v.

Willie COPLIN, Petitioner.

Supreme Court of Pennsylvania.

Nov. 26, 1996.

Petition for Allowance of Appeal Dec. 18, 1996.

## ORDER

PER CURIAM.

AND NOW, this 26th day of November, 1996, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether trial counsel was ineffective for not challenging the District Attorney's use of a subpoena to gather his medical records from prison.